## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMILAH RANDOLPH | : |
| Plaintiff, | : |
| | : Civil Action No. 2:18-CV-01962-JCJ |
| v. | : |
| | : |
| BROWN'S SUPER STORES, INC. | : |
| d/b/a ShopRite | : |
| | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jamilah Randolph and Defendant Brown's Super Stores, Inc. d/b/a ShopRite, by and through their undersigned counsel, hereby STIPULATE and AGREE that any and all claims in this matter have been fully resolved and settled and this case should be DISMISSED WITH PREJUDICE, and without costs.

**KARPF, KARPF & CERUTTI, P.C.**          **KAUFMAN DOLOWICH & VOLUCK LLP**

Ari R. Karpf, Esquire                    Gregory S. Hyman, Esquire
Christine E. Burke, Esquire              Katharine W. Fogarty, Esquire
*Counsel for Plaintiff,*                 *Counsel for Defendant,*
*Jamilah Randolph*                       *Brown's Super Stores, Inc. d/b/a ShopRite*

Dated: 12/14/18                          Dated: 12/12/18